In the Matter of the Claim of JOHN ANTTONEN, Respondent, against LAAKSO BUILDERS, INC., Employer, and OSKAR ABRAHAMS & SON, General Contractor, Appellant, and LUMBER MUTUAL CASUALTY INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board; the court having considered and passed upon the constitutional question.* Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of CARLYLE W. BRAY, Respondent, against BRAY BROS., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

ABRAM L. WRIGHT, as Executor, etc., of ALMA BABCOCK, Deceased, Respondent, v. LENA HANIGAN, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

MAURICE HAWLEY, Respondent, v. JOHN B. SULLIVAN, Appellant.— Order reversed, on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. (Reynolds v. Swick, 35 Hun, 278.) Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ., concur.

DORCAS A. CASE, Appellant, v. NEWELL W. BALDWIN, Respondent.— Order reversed, on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground of laches, and on the authority of Becker v. Town of Cherry Creek (77 Hun, 11); Hoffman v. Sparling (12 id. 83); Ferm v. N. Y., O. & W. R. Co. (112 App. Div. 920); Assets Collecting Co. v. Equitable Trust Co. (168 id. 145); Darragh v. McKim (2 Hun, 337). Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ., concur.

In the Matter of the Application of ORINDA L. BURDICK for an Order Permitting the Removal of the Body of SUSAN McINTOSH, Now Interred in Lot No. 339 and 340 of the Grove Cemetery.— Order unanimously affirmed, without costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

---

* See Workmen's Compensation Law, § 56, as amd. by Laws of 1929, chap. 302; U. S. Const. 14th Amendt. § 1; State Const. art. 1, § 19.— [REP.